IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HEATHER L. COLEMAN,

Defendant.

CR-S-05-0228-EIG

Order

In light of the charges in the information, all of the district and magistrate judges of the Eastern District of California are recused on this matter. The Ninth Circuit will assign an out-of-district judge to hear this case. The clerk will make the appropriate adjustment as to the first assigned judge.

IT IS SO ORDERED.

Dated: 6/6/2005

DAVID F. LEVI
Chief United States District Judge