IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                CR. 05-228-EJG

  v.                           O R D E R

HEATHER L. COLEMAN,

      Defendant.

_____/

    This case is assigned to Judge Justin L. Quackenbush for all further proceedings.  Henceforth, the caption on documents filed in this actions shall be shown as Cr. S-05-228-JLQ.

    IT IS SO ORDERED.

Dated: 6/6/2005

_____
DAVID F. LEVI
Chief United States District Judge

1