UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>HEATHER L. COLEMAN,<br><br>          Defendant. | No. 2:05-CR-0228-JLQ<br><br>ORDER GRANTING MOTION FOR CHANGE OF VENUE AND ORDER CHANGING VENUE TO THE DISTRICT OF NEVADA |

  Before the court is the Motion For Change of Venue of the United States of America, through Ronald L. Rachow, Assistant United States Attorney for the District of Nevada, seeking a change of venue of this matter to the District of Nevada at Reno for the convenience of counsel, the United States Probation Office, and the court. The court has been advised that the Defendant and her attorney have no objection to the granting of the Motion.

  The judges of the Eastern District of California, the United States Attorney's office for that District, and the United States Probation office of the District have recused themselves from participation in this matter and the undersigned has been designated by the Chief Judge of the Ninth Circuit Court of Appeals to preside over this matter. The United States Attorney for the District of Nevada at Reno has been assigned prosecutorial responsibility for this case and this court has appointed Assistant Federal Defender Vito De La Cruz, assigned to Reno, Nevada, to represent the Defendant. The preparation of any Presentence Report will be assigned to the United States Probation

ORDER - 1

Office in Reno. This court's duty station is in Spokane, Washington and travel to Reno is as convenient as travel to Sacramento.

Therefore, IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 21(b), the Motion for Change of Venue is GRANTED. This case is transferred to the United States District Court for the District of Nevada, at Reno. All further proceedings in this matter, including the Defendant's arraignment and plea on June 23, 2005 at 2 p.m. shall take place in Reno, Nevada.

The Clerk of this court shall enter this Order and forward copies to counsel. The Clerk of this court shall forward the file in this matter to the Clerk of the United States District Court for the District of Nevada at Reno.

**DATED** this 13th day of June 2005.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2