FILED

OCT - 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 05-CR-0228-JLQ |
| Plaintiff, | |
| vs. | ORDER GRANTING REQUEST FOR WITHDRAWAL OF PLEA OF GUILTY; ORDER RETURNING VENUE TO THE EASTERN DISTRICT OF CALIFORNIA; AND ORDER SETTING PRE-TRIAL DATES |
| HEATHER L. COLEMAN, | |
| Defendant. | |

This matter came regularly on for hearing in Reno, Nevada on the 29th day of September, 2005 as to whether the Defendant wished to withdraw her June 23, 2005 plea of guilty to Count One of the Information by reason of the court's rejection of the disposition proposed in the June 7, 2005 Memorandum Of Plea Agreement entered into pursuant Federal Rule of Criminal Procedure 11(c)(1)(C).

The Defendant appeared in person and with her attorney Vito De La Cruz, Assistant Federal Defender for the District of Nevada. Also appearing was Michael Kennedy, Assistant Federal Defender for the District of Nevada. The Government was represented by Ronald C. Rachow, Assistant United States Attorney for the District of Nevada. The Defendant informed the court that she wished to withdraw her June 23, 2005, plea of guilty to Count One of the Information and the court granted that request. The previously entered plea of guilty to Count one of the Information is therefore WITHDRAWN and of no further effect.

The court then was advised by counsel that by reason of the withdrawal of the plea of guilty the venue of this action should be returned to the Eastern District of California

ORDER - 1

at Sacramento under cause number 2:05-CR-0228-JLQ. IT IS SO ORDERED. The court will enter this Order in both the District of Nevada and the Eastern District of California. All further pleadings shall be in the Eastern District of California.

The court was advised by Mr. Rachow that he intended to present this matter to the Grand Jury in the Eastern District of California on October 6, 2005. If an Indictment is returned on or before October 7, 2005, at 10:30 a.m., arraignment shall take place in the United States Courthouse in Sacramento, California, on Friday, October 7, 2005, at 10:30 a.m. The Defendant and counsel shall be present.

All pre-trial motions, including any motion for change of venue, together with Memoranda in support of motions shall be served and filed on or before October 31, 2005. Any response to motions and Memoranda shall be served and filed on or before November 14, 2005. Any reply to motions shall be served and filed on or before November 25, 2005. Copies of all future pleadings in this matter shall be mailed to the court in Palm Desert, California.

Hearing on all pending motions shall be before the undersigned in the United States Courthouse, Sacramento, California, beginning at 9 a.m. on Thursday, December 8, 2005. At that time the court will set the date and place of trial.

By reason of the return of this case to the Eastern District of California, the court will also enter this Order in that court.

The Clerk of this court shall enter this Order and forward copies to counsel.

DATED this 30 day of September 2005.

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2