IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     No. Cr. S-05-228-JLQ

  v.                                   O R D E R

HEATHER L. COLEMAN,

        Defendant.
_____/

    On June 7, 2005, the court entered an order in this case that recused the entire court for all purposes. Since that time, Judge Justin Quackenbush has been assigned by the Ninth Circuit to preside over all matters in this case. Because Judge Quackenbush is not resident in this district, and for the convenience of the parties, the court modifies the June 7, 2005 order to permit a magistrate judge of this district to preside

1

1  over routine pre-trial hearings, such as an arraignment, upon a
2  waiver of disqualification by all parties.
3      IT IS SO ORDERED.
4  Dated: 10/6/2005

_____
DAVID F. LEVI
Chief United States District Judge