UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HEATHER L. COLEMAN,<br><br>        Defendant. | No. 05-CR-0228-JLQ<br><br>ORDER GRANTING MOTION FOR CHANGE OF VENUE AND TRANSFERRING CASE TO THE DISTRICT OF NEVADA AT LAS VEGAS, NEVADA |

      At the pretrial conference in Sacramento, California on December 8, 2005, the court heard oral argument on the Defendant's Motion For Change of Venue.

      The alleged victim and principal witness in this case is a sitting United States District Court Judge with chambers and courtroom in the United States Courthouse in Sacramento, California, the very Courthouse in which the judge and the Defendant were employed during the events which allegedly gave rise to the Defendant's indictment. The court is concerned that if the jury trial were to take place in the Sacramento Courthouse where the judge has chambers and a courtroom, it is entirely possible that the jury, sitting in that very same Courthouse, might be directly or indirectly influenced by that fact. Counsel for both the Plaintiff and the Defendant are based in the District of Nevada.

      By reason of the foregoing, IT IS HEREBY ORDERED that the Defendant's Motion for Change of Venue be and the same is hereby GRANTED. The venue of this action is therefore transferred to the United States District Court for the District of

ORDER - 1

Nevada at Las Vegas.  The Clerk of the Eastern District of California shall electronically transfer the file of this case to the District of Nevada at Las Vegas.  The Clerk of the United States District Court for the District of Nevada at Las Vegas shall open a new file in that district and advise the court and counsel of the new file number.  Hereafter, all pleadings shall be electronically filed in the District of Nevada, Southern Division, under the new cause number in that court.

The Clerk of this court shall enter this Order, electronically transfer this file to the United States District Court for the District of Nevada at Las Vegas, and forward copies to counsel.

**DATED** this 14th day of December 2005.

        s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2